# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with Meta (Facebook) account: www.facebook.com/ox.dopeboy, which is stored at premises controlled by Meta Platforms, Inc. | )<br>)<br>)  Case No. 23-mj-29-01-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See "Attachment A" attached hereto and incorporated herein for all intents and purposes.

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See "Attachment B" attached hereto and incorporated herein for all intents and purposes.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. s. 841(a)(1); | Distribution or possession with intent to distribute controlled substances; |
| 21 U.S.C. s. 846; | Conspiracy to distribute or possess with intent to distribute controlled substances; |
| 21 U.S.C. s. 843(b) | Unlawful use of a communication facility |

The application is based on these facts:

See "Affidavit in Support of An Application for a Search Warrant," as well as "Attachment A" and "Attachment B" attached hereto and incorporated herein for all intents and purposes.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Matthew Blazon
*Applicant's signature*

Matthew Blazon, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephonic conference** *(specify reliable electronic means)*

*Andrea K. Johnstone*
*Judge's signature*

Date: **Feb 17, 2023**

City and state: Concord, New Hampshire

Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*